| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| Plaintiff(s):<br>A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU<br>v.<br>Defendant(s):<br>TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiffs<br>Richard B. Rose, Esq.<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316<br>Atty. Reg. # 8783 | Case No.:  10CV2346<br><br>Ctrm: |

COMPLAINT

EXHIBIT

A

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, et al., by and through their attorneys, SAWAYA, ROSE & KAPLAN, P.C., as their Complaint, and allege as follows:

## I.   INTRODUCTION

1.      This action arises under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 (1991) and implementing regulations, and the Colorado Consumer Protection Act (CCPA), C.R.S. § 6-1-702 (1999).  The action is brought for the purpose of correcting unlawful and deceptive trade practices of the Defendant(s) in connection with the transmission of thirty-eight (38) unsolicited commercial facsimile advertisements into and within the state of Colorado.

2.      As set forth more fully below, the Plaintiffs allege that: (1) The Defendant(s) used a telephone facsimile machine, computer, or other device to send a facsimile advertisement to the Plaintiffs without prior express invitation or permission in violation of the TCPA and CCPA; (2) The Defendant(s) used a telephone facsimile machine, computer, or other device to send a facsimile advertisement that failed to contain the required header information clearly marked in a margin at the top or bottom of each page in violation of the CCPA; (3) The Defendant(s) used a telephone facsimile machine, computer, or other device to send a facsimile advertisement that failed to comply with applicable notice requirements under the TCPA, in violation of the TCPA and CCPA; and (4) The Defendant(s) sent the

2

unsolicited commercial facsimile advertisement willfully or knowingly in violation of the TCPA.

3.    The Plaintiffs seek injunctive relief, statutory damages, and treble damages at the Court's discretion arising from statutory violations under the TCPA and CCPA.

## II.    JURISDICTION AND VENUE

4.    Jurisdiction is proper in this Court pursuant to the Colorado Constitution, Art. VI, § 9 and 47 U.S.C. § 227(b)(3).

5.    Jurisdiction is proper in this Court as to the Defendant(s) pursuant to C.R.S. §§ 13-1-124(1)(a); 13-1-124(1)(b)(1963), as amended, because the unsolicited facsimile advertisement sent by the Defendant(s) to the Plaintiffs represents: (1) Separate and distinct transactions of business in interstate and/or intrastate commerce via telephone lines into and within the state of Colorado; (2) The commission of tortious acts within the state of Colorado under the TCPA and CCPA; and (3) The cause of action arises directly from the consequences and effects of the transmission of each unsolicited facsimile advertisement into and within the state of Colorado.

6.    Jurisdiction is proper in this Court as to the Defendant(s) based on the commission of a single tortious act within the state of Colorado.

7.    Through their commercial facsimile advertising practices, the Defendant(s) have utilized the instrumentalities of interstate commerce, specifically telephone lines, into and within the state of Colorado.

8. Through their commercial facsimile advertising practices, the Defendant(s) have purposefully availed themselves of the economic benefits of the market of consumers in the state of Colorado.

9. Through their commercial facsimile advertising practices, the Defendant(s) have purposefully availed themselves of the benefits of the laws of the state of Colorado.

10. Independent of the commission by the Defendant(s) of one or more tortious acts within the state of Colorado, jurisdiction is proper in this Court as to the Defendant(s) because the commercial facsimile advertising practices of the Defendant(s) constitute transaction of business within the state of Colorado.

11. Venue is proper in this Court pursuant to C.R.C.P. Rule 98(c)(1) as to the Defendant(s) because venue is proper in the county designated in the Complaint.

## III. PARTIES

12. The Plaintiff A AAA Custom Plumbing Corporation is a Colorado corporation whose principal place of business is located in Jefferson County, Colorado.

13. The Plaintiff Absolute Health Center, Inc. is a Colorado corporation whose principal place of business is located in El Paso County, Colorado.

14. The Plaintiff Alan Bau Investments is a Colorado sole proprietorship whose principal place of business is located in El Paso County, Colorado.

15. The Plaintiff A & L Abatement, LLC is a Colorado limited liability company whose principal place of business is located in Arapahoe County, Colorado.

4

16.     The Plaintiff Advantage Heating & Cooling, Inc. is a Colorado corporation whose principal place of business is located in Jefferson County, Colorado.

17.     The Plaintiff Richard J. Druml d/b/a Bonded Courier is a Colorado sole proprietorship whose principal place of business is located in Denver County, Colorado.

18.     The Plaintiff Copy Cat LLC d/b/a Copy Cat Printing is a Colorado limited liability partnership whose principal place of business is located in Adams County, Colorado.

19.     The Plaintiff Chirocare, P.C. is a Colorado corporation whose principal place of business is located in Arapahoe County, Colorado.

20.     The Plaintiff Frank J. Dexter d/b/a Colorado Plumbing and Heating Company is a Colorado sole proprietorship whose principal place of business is located in Arapahoe County, Colorado.

21.     The Plaintiff Complete Packaging, Inc. is a Colorado corporation whose principal place of business is located in Jefferson County, Colorado.

22.     The Plaintiff Colorado's Ride The West R.V. Rentals, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

23.     The Plaintiff Dynamic Auto Glass, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

24.     The Plaintiff Dry Creek Chiropractic Center, P.C. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

5

25.     The Plaintiff Denver Mill and Lathe, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

26.     The Plaintiff Falcon Distributing, Inc. is a Colorado corporation whose principal place of business is located in Arapahoe County, Colorado.

27.     The Plaintiff Fluorescent Maintenance Company is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

28.     The Plaintiff Foils & Dies, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

29.     The Plaintiff Guiry's, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

30.     The Plaintiff Go West Genuine, LLC is a Colorado limited liability company whose principal place of business is located in Larimer County, Colorado.

31.     The Plaintiff The Hiebert Company is a Colorado corporation whose principal place of business is located in Adams County, Colorado.

32.     The Plaintiff Hawtree Incorporated d/b/a Pakmail is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

33.     The Plaintiff Innovative Woodworking, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

34.     The Plaintiff LAQ Ventures, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

6

35. The Plaintiff Lou J. Zier Insurance Agency, Inc. is a Colorado corporation whose principal place of business is located in Jefferson County, Colorado.

36. The Plaintiff B & W Enterprises, LLC d/b/a Mattress World is a Colorado limited liability company whose principal place of business is located in El Paso County, Colorado.

37. The Plaintiff A Better Way Realty, LLC is a Colorado limited liability company whose principal place of business is located in Denver County, Colorado.

38. The Plaintiff Milestone Technologies, Inc. is a Colorado corporation whose principal place of business is located in Arapahoe County, Colorado.

39. The Plaintiff Ryan H. Johnston d/b/a Night Moves of Denver is a Colorado sole proprietorship whose principal place of business is located in Jefferson County, Colorado.

40. The Plaintiff Richard H. Krening is a Colorado sole proprietorship whose principal place of business is located in Arapahoe County, Colorado.

41. The Plaintiff Security Chiropractic Clinic, P.C. is a Colorado corporation whose principal place of business is located in El Paso County, Colorado.

42. The Plaintiff Southeast Denver Graphics, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

43. The Plaintiff Stack Optical Service, Inc. is a Colorado corporation whose principal place of business is located in Denver County, Colorado.

44.     The Plaintiff Thatcher Chiropractic, P.C. is a Colorado corporation whose principal place of business is located in El Paso County, Colorado.

45.     The Plaintiff US Fax Law Center, Inc. is a Colorado corporation whose principal place of business is located in Arapahoe County, Colorado.

46.     The Plaintiff The Personal Touch Engraving, Inc. is a Colorado corporation whose principal place of business is located in Jefferson County, Colorado.

47.     The Plaintiff Bonnie Warner d/b/a Stamping to See You is a Colorado sole proprietorship whose principal place of business is located in Jefferson County, Colorado.

48.     The Defendant Trirx Ltd. d/b/a Telemedicinerx a/k/a Telemedicine Rx (Defendant Trirx) is a New York corporation whose principal place of business is located at 1230 Avenue of the Americas, 7th Floor, New York, NY 10020. Upon information and belief, Defendant Apollo M. Arcallana (Defendant Arcallana) is the principal officer of Defendant Trirx.

49.     Defendant Trirx maintains a website at www.telemedincerx.com.

50.     The Defendant National Telemedicine Center Inc. (Defendant NTC) is a California corporation whose principal place of business is located at 402 West Broadway, Ste. 400, San Diego, CA 92101. Upon information and belief, Defendant Arcallana is the President of Defendant NTC.

51.     Upon information and belief, Defendant Arcallana resides at 863 La Senda Way, Chula Vista, CA 91910.

8

52.     Defendant Jack E. Pickering (Defendant Pickering) is a physician licensed in the state of Pennsylvania.

53.     Upon information and belief, Defendant Pickering resides at 602 Winsford Rd., Bryn Mawr, PA 19010.

54.     The Defendant David B. Winkles (Defendant Winkles) is pharmacist licensed in the state of Florida.

55.     Defendant Winkles is a sole proprietor who does business as Winkles' Pharmacy, whose principal place of business is located at 3818 Highway 90, Pace, FL 32571.

56.     Upon information and belief, Defendant Winkles resides at 5901 Country Club Rd., Milton, FL 32570.

57.     The Defendants are engaged in the business of providing medical consultations from licensed physicians over the telephone and selling discount prescription medications.

58.     Defendant John Does # 1-100, whose true names are unknown, are individuals, businesses, or other entities who participated directly or indirectly with the Defendant(s) in the process of sending unsolicited commercial facsimile advertisements into and/or within the state of Colorado. These individuals, businesses, or other entities may include, but are not limited to: subsidiaries, affiliates, owners, officers, employees, agents, independent contractors, or commercial fax broadcasters.

## IV. GENERAL ALLEGATIONS

59. During the period from approximately January 28, 2009 through approximately January 31, 2009, in the ordinary course of business, the Defendant(s) sent, or caused to be sent, in interstate commerce, and/or using instrumentalities of interstate commerce, thirty-eight (38) unsolicited commercial facsimile advertisements (the fax transmissions) to the Plaintiffs into and/or within the state of Colorado. The Plaintiffs submit that the number of fax transmissions actually sent by any given Defendant vastly exceeds the number sued upon. Copies of the fax transmissions are attached hereto as Exhibit A, and incorporated herein by reference (See Exhibit A).

60. The Defendant(s) sent the fax transmissions without the prior express invitation or permission of the Plaintiffs.

61. The Plaintiffs are the actual recipients of the fax transmissions.

62. The Plaintiffs are potential consumers of the products, goods, and/or services advertised in the fax transmissions.

63. Because the fax transmissions were directed to the market of consumers in Colorado generally, the Defendants' conduct significantly impacts the public as actual or potential consumers of the Defendants' property, goods, and/or services.

64. Because the fax transmissions were not sent as part of a private contractual relationship between the Defendants and the Plaintiffs, the Defendants' conduct significantly

10

impacts the public as actual or potential consumers of the Defendants' property, goods, and/or services.

65.    The fax transmissions advertised the commercial availability or quality of any property, goods, or services of the Defendant(s). Specifically, the fax transmissions advertised the commercial availability or quality of the Defendants' medical consultations from licensed physicians over the telephone and discount prescription medications (See Exhibit A).

66.    The fax transmissions advertised the medical services of Defendant Pickering.

67.    The fax transmissions advertised the prescription services of Defendant Winkles.

68.    Because the fax transmissions were sent on behalf of each of the Defendants, each of the Defendants is a sender as defined under the TCPA at 47 C.F.R. § 64.1200(f)(8).

69.    Because the fax transmissions were sent without the prior express invitation or permission of the Plaintiffs, the fax transmissions were unsolicited in violation of 47 U.S.C. § 227(b)(1)(C), 47 C.F.R. § 64.1200(a)(3)(2003), and C.R.S. § 6-1-702(1)(a)(See Exhibit B).

70.    Because the fax transmissions failed to contain the required information clearly marked in a margin at the top or bottom of the page as required under C.R.S. § 6-1-702(1)(b)(I-III), the fax transmissions were sent in violation of C.R.S. § 6-1-702(1)(b)(See Exhibit B).

11

71. Because the fax transmissions failed to comply with applicable notice requirements under 47 U.S.C. §§ 227(b)(1)(C)(iii); 227(b)(2)(D)(i-vi), the fax transmissions were sent in violation of 47 U.S.C. § 227 and C.R.S. § 6-1-702(1)(c)(See Exhibit B).

72. The fax transmissions were sent willfully or knowingly by the Defendant(s) in violation of the TCPA.

73. As a direct and proximate result of receiving the fax transmissions, the Plaintiffs sustained actual damages to economic property interests. While the actual damages are difficult to quantify, the actual damages include, but are not limited to, the following: (1) Consumption of office supplies, including fax paper and toner; (2) Loss of use and control of office equipment, including facsimile machines; (3) Disruption and interference with telephone lines and incoming or outgoing facsimile transmissions for legitimate business purposes; and (4) Reduced employee productivity and efficiency.

## V. CLAIMS FOR RELIEF

## COUNT I

## (TRANSMISSION VIOLATIONS)

### Unsolicited Transmissions in Violation of
### 47 U.S.C. § 227(b)(1)(C), 47 C.F.R. § 64.1200(a)(3),
### and C.R.S. § 6-1-702(1)(a)

74. The allegations of paragraphs 1-73 are incorporated herein by reference.

12

75.     Because the fax transmissions were unsolicited (unsolicited transmissions), the

Defendant(s) violated 47 U.S.C. § 227(b)(1)(C), 47 C.F.R. § 64.1200(a)(3), and C.R.S. § 6-1-702(1)(a).

76.     Accordingly, under Count I, the Defendant(s) are liable for a total of two (2)

transmission violations under the TCPA and CCPA for each of fax transmission #'s 1-38 as

specified in Table 1 (See Exhibit B).

## COUNT II

## (HEADER VIOLATIONS)

### Incomplete Header Information in Violation of
### C.R.S. § 6-1-702(1)(b)

77.     The allegations of paragraphs 1-73 are incorporated herein by reference.

78.     Because the fax transmissions failed to provide identification of the telephone

number of the sending fax machine clearly marked in a margin or at the top or bottom of the

page (incomplete header information), the Defendant(s) violated the header requirements

under C.R.S. § 6-1-702(1)(b)(I-III).

79.     Accordingly, under Count II, the Defendant(s) are liable for a total of one (1)

header violation under the CCPA for each of fax transmission #'s 1-38 as specified in Table 1

(See Exhibit B).

## COUNT III

### (NOTICE REQUIREMENT VIOLATIONS)

### Incomplete Notice Provisions in Violation of
### 47 U.S.C. § 227(b)(1)(C)(iii), 47 U.S.C. §§ 227(b)(2)(D)(i-vi),
### and C.R.S. § 6-1-702(1)(c)

80.     The allegations of paragraphs 1-73 are incorporated herein by reference.

81.     Because the fax transmissions failed to contain notice of the requirements for a

valid opt-out request under 47 U.S.C. § 227(b)(2)(E), notice of a domestic contact telephone

number, a domestic facsimile number, in addition to the cost-free mechanism to transmit such

a request, and a notice containing a statement that "failure to comply, within the shortest

reasonable time, as determined by the Commission, with such a request . . . is unlawful" as

required under 47 U.S.C. § 227(b)(1)(C)(iii) and 47 U.S.C. §§ 227(b)(2)(D)(i-vi), the fax

transmissions were sent in violation of 47 U.S.C. § 227. and C.R.S. § 6-1-702(1)(c).

82.     Accordingly, under Count III, the Defendant(s) are liable for a total of two (2)

notice requirement violations under the TCPA and CCPA for each of fax transmission #'s 1-

38 as specified in Table 1 (See Exhibit B).

## COUNT IV

### (WILLFUL OR KNOWING CONDUCT)

### Willful or Knowing Conduct under 47 U.S.C. § 227(b)(3)

83.     The allegations of paragraphs 1-82 are incorporated herein by reference.

84.     The fax transmissions were sent willfully or knowingly by the Defendant(s) as

14

those terms are defined by the Federal Communications Commission (FCC) and Congress.

85.     Because the fax transmissions were sent willfully or knowingly, the

Defendant(s) are liable for treble damages at the Court's discretion under 47 U.S.C. §

227(b)(3).

## COUNT V

## RESPONDEAT SUPERIOR AND/OR PERSONAL LIABILITY

### Liability of Defendant, its Officers, Agents, or Other Persons

86.     The allegations of paragraphs 1-85 are incorporated herein by reference.

87.     Pursuant to 47 U.S.C. § 217 (1934), the act, omission, or failure of any officer,

agent, or other person acting for or employed by the Defendant(s) and acting within the scope

of their employment constitutes the act, omission, or failure of the Defendant(s) as well as the

officer, agent, or other person.

88.     Defendant Arcallana's acts, omissions, or failure to act in connection with

Defendant Trirx's facsimile advertising practices resulted in the commission of multiple

tortious acts in the state of Colorado; and/or

89.     Defendant Arcallana's acts, omissions, or failure to act in connection with

Defendant NTC's facsimile advertising practices resulted in the commission of multiple

tortious acts in the state of Colorado.

90.     Defendant Arcallana's personal involvement in the facsimile advertising

practices of Defendant Trirx resulted in the commission of multiple tortious acts in the state

of Colorado; and/or

91.    Defendant Arcallana's personal involvement in the facsimile advertising
practices of Defendant NTC resulted in the commission of multiple tortious acts in the state
of Colorado.

92.    Defendant Arcallana and other officers, employees, agents, or other persons
participated personally and directly in the transmission of the unsolicited facsimile
advertisements; and/or

93.    Defendant Arcallana authorized the transmission of the unsolicited facsimile
advertisements; and/or

94.    Defendant Arcallana sanctioned the transmission of the unsolicited facsimile
advertisements; and/or

95.    Defendant Arcallana had notice that the transmission of the unsolicited
facsimile advertisements was unlawful and Defendant Arcallana failed to take affirmative
steps to prevent the unlawful conduct; and/or

96.    Defendant Arcallana was personally involved in the implementation of the
marketing and advertising strategies of Defendant Trirx and/or Defendant NTC to promote
the sale of medical consultations with licensed physicians over the telephone and discount
prescription medication, and said marketing and advertising strategies included the unlawful
transmission of unsolicited facsimile advertisements in violation of the TCPA and CCPA.

97.    Pursuant to C.R.S. § 7-108-402 (1998), because Defendant Arcallana was

16

personally involved in the implementation of the marketing and advertising strategies of

Defendant Trirx and/or Defendant NTC to promote the sale of medical consultations with

licensed physicians over the telephone and discount prescription medication, and said

marketing and advertising strategies included the unlawful transmission of unsolicited

facsimile advertisements in violation of the TCPA and CCPA, Defendant Arcallana is

personally liable for any damages attributed to Defendant Trirx and/or Defendant NTC under

Counts I-IV of the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully request that the Court enter judgment in

their favor and against the Defendant(s). The Plaintiffs pray for the following relief:

A.    Pursuant to Counts I, III, and IV, as provided for under 47 U.S.C. §

227(b)(3)(A), grant a permanent injunction enjoining the Defendant(s), their officers,

successors, and assigns, and all persons or entities in active concert or participation with the

Defendant(s), from engaging in the unlawful transmission of unsolicited commercial

facsimile advertisements.

B.    Pursuant to Count I, as provided for under 47 U.S.C. § 227(b)(3)(B)

and C.R.S. § 6-1-113(2)(a)(II), award the Plaintiffs statutory damages of $ 500.00 for each

transmission violation under 47 U.S.C. § 227(b)(1)(C) and C.R.S. § 6-1-702(1)(a) for fax

transmission #'s 1-38, as specified in Table 2 (See Exhibit C).

C.    Pursuant to Count II, as provided for under C.R.S. § 6-1-113(2)(a)(II), award

17

the Plaintiff statutory damages of $ 500.00 for each header violation under C.R.S. § 6-1-702(1)(b) for fax transmission #'s 1-38, as specified in Table 2 (See Exhibit C).

  D.  Pursuant to Count III, as provided under 47 U.S.C. § 227(b)(3)(B) and C.R.S. § 6-1-113(2)(a)(II), award the Plaintiff statutory damages of $ 500.00 for each notice requirement violation under 47 U.S.C. § 227 and C.R.S. § 6-1-702(1)(c) for fax transmission #'s 1-38, as specified in Table 2 (See Exhibit C). Accordingly, under Counts I-III, as a result of a total of one hundred ninety (190) statutory violations under the TCPA and CCPA, the Plaintiffs seek statutory damages in the amount of $ 95,000.00 (Before Treble Damages)(See Exhibit C).

  E.  Pursuant to Count IV, as provided for under 47 U.S.C. § 227(b)(3), award the Plaintiff treble damages, or $ 1,500.00, for each willful or knowing violation of 47 U.S.C. § 227, as amended.

  F.  Pursuant to Count V, imposition of personal liability against Defendant Arcallana under 47 U.S.C. § 217, C.R.S. § 7-108-402, and applicable state law for all damages attributed to Defendant Trirx and/or Defendant NTC under Counts I-IV.

  G.  Plaintiffs' reasonable attorney fees and costs pursuant to C.R.S. § 6-1-113(2)(b);

  H.  Pre-judgment interest as damages as provided by statute;

  I.  Post-judgment interest and costs; and

  J.  Grant such further relief as the Court finds just and equitable under the

circumstances.

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office of Plaintiffs' Attorney*

/s/Richard B. Rose____ _____ ___
Richard B. Rose, Esq., # 8783
SAWAYA, ROSE & KAPLAN, P.C.
1600 Ogden Street
Denver, CO 80218
Phone: (303) 839-1232

Plaintiffs' Addresses:

A AAA Custom Plumbing Corporation
11994 W. Stanford Dr.
Morrison, CO 80465

Absolute Health Center, Inc.
2300 Powers Business Plaza, Ste. 2480
Colorado Springs, CO 80915

Alan Bau Investments
418 W. Cheyenne Rd.
Colorado Springs, CO 80906

A & L Abatement, LLC
3111 W. Hampden Ave.
Sheridan, CO 80110

Advantage Heating & Cooling, Inc.
5160 Parfet St., Unit A-1
Wheatridge, CO 80033

Richard J. Druml d/b/a Bonded Courier
P.O. Box 300372
Denver, CO 80203

Copy Cat LLC d/b/a Copy Cat Printing
7000 E. 58th Ave., # 6
Commerce City, CO 80022

Chirocare, P.C.
13170 E. Mississippi Ave.
Aurora, CO 80012

Frank J. Dexter d/b/a Colorado Plumbing and Heating Company
P.O. Box 200458
Denver, CO 80220

Complete Packaging, Inc.
3278 S. Wadsworth Blvd., # 1
Lakewood, CO 80227

Colorado's Ride The West R.V. Rentals, Inc.
1207 B S. Platte River Dr.
Denver, CO 80223

Dynamic Auto Glass, Inc.
2743 W. Alameda Ave.
Denver, CO 80228

Dry Creek Chiropractic Center, P.C.
5031 S. Ulster St., Ste. 130
Denver, CO 80237

Denver Mill and Lathe, Inc.
1431 W. Maple Ave.
Denver, CO 80223

Falcon Distributing, Inc.
P.O. Box 682
Sedalia, CO 80135

Fluorescent Maintenance Company
1949 W. 12th Place
Denver, CO 80204

Foils & Dies, Inc.
999 Tejon St., Studio 3
Denver, CO 80204

Guiry's, Inc.
2468 S. Colorado Blvd.
Denver, CO 80222

Go West Genuine, LLC
1725 Heath Pkwy
Fort Collins, CO 80524

The Hiebert Company
7100 Broadway, Bldg. 6-B
Denver, CO 80221

Hawtree Incorporated d/b/a Pakmail
2075 S. University Blvd., # D
Denver, CO 80210

Innovative Woodworking, Inc.
1295 S. Kalamath
Denver, CO 80223

LAQ Ventures, Inc.
2306 S. Colorado Blvd.
Denver, CO 80223

Lou J. Zier Insurance Agency, Inc.
7968 S. Depew St.
Littleton, CO 80128

B & W Enterprises, LLC d/b/a Mattress World
3604 Austin Pkwy, Ste. 140
Colorado Springs, CO 80918

21

A Better Way Realty, LLC
1777 S. Harrison St., Ste. 911
Denver, CO 80210

Milestone Technologies, Inc.
10691 E. Bethany Dr., Ste. 800
Aurora, CO 80014

Ryan H. Johnston d/b/a Night Moves of Denver
4210 Wadsworth Blvd., # 1135
Wheat Ridge, CO 80033

Richard H. Krening
5574 S. Prince St., Ste. 6
Littleton, CO 80120

Security Chiropractic Clinic, P.C.
97 Widefield Blvd.
Colorado Springs, CO 80911

Southeast Denver Graphics, Inc.
2110 S. Ash St.
Denver, CO 80222

Stack Optical Service, Inc.
3865 Cherry Creek Dr. N
Denver, CO 80209

Thatcher Chiropractic, P.C.
3535 American Dr.
Colorado Springs, CO 80917

US Fax Law Center, Inc.
2885 S. Broadway
Englewood, CO 80113

The Personal Touch Engraving, Inc.
9150 W. Jewell Ave., Ste. 1
Lakewood, CO 80232

Bonnie Warner d/b/a Stamping to See You
8019 S. Johnson Court
Littleton, CO 80128

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| Plaintiff(s):<br>A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU<br>v.<br>Defendant(s):<br>TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs<br>Richard B. Rose, Esq., # 8783<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316 | Case No.: 10CV2346<br><br>Ctrm: |
| EXHIBIT A TO COMPLAINT, NO.'S 1-10 | |

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit Exhibit A: Copies of

Fax Transmission No.'s 1-10.

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office
of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

2

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE· (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

### Allow our doctors and staff 10-15 minutes to perform the Intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

**001**

1A

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (888)-420-0691

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.ORG
Orders are SECURE. Shipping Is RELIABLE.

### CALL US AT (888)-420-0691

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.org/unsubscribe.php

002

BH

# . Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (888)-420-0691

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.ORG
Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (888)-420-0691

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.org/unsubscribe.php

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

**Health Advantage This 2009: The Reliable Consultation You Deserve**

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion
- Gain from our availability. 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

---

**CALL US AT (866)-490-5531**

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

004

.B

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

005

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http.// www.telemedicinerx.com/unsubscribe.php

006

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm. Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality. FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

007



# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

All Prices include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

**Health Advantage This 2009: The Reliable Consultation You Deserve**

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need in a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

---

CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php



# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

010

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>Plaintiff(s):<br>A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU<br>v.<br>Defendant(s):<br>TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100. | |
| | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs<br>Richard B. Rose, Esq., # 8783<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316 | Case No.: 10CV2346<br><br>Ctrm: |
| EXHIBIT A TO COMPLAINT, NO.'S 11-20 | |

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit <u>Exhibit A: Copies of</u>

<u>Fax Transmission No.'s 11-20.</u>

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office
of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

2

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

011

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

012

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

013

# ·Telemedicine & Pharmacy Solutions
# - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (868)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

014

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

015

# Telemedicine & Pharmacy Solutions
# - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

016

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

018

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http://www.telemedicinerx.com/unsubscribe.php

019

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| Plaintiff(s):<br>A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU<br>v.<br>Defendant(s):<br>TRIRX LTD. d/b/a TELEMEDICINERx a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs<br>Richard B. Rose, Esq., # 8783<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316 | Case No.: 10CV2346<br><br>Ctrm: |

EXHIBIT A TO COMPLAINT, NO.'S 21-30

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit Exhibit A: Copies of

Fax Transmission No.'s 21-30.

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (877)-478-9352

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.BIZ
**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (877)-478-9352

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.biz/unsubscribe.php

021

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY
PLEASE CALL FOR DETAILS
TOLL FREE. (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion
- Gain from our availability. 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http://www.telemedicinerx.com/unsubscribe.php

022

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm. Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need in a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality. FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget
- Save on gas costs - no need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability. 24/7 through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe please go to http:// www.telemedicinerx.com/unsubscribe.php

023

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit. WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

024

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

025

4Q

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

026

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (888)-420-0691

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.ORG
Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (888)-420-0691

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.org/unsubscribe.php

027

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

028

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

029

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| **Plaintiff(s):**<br>**A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.; GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU**<br>v.<br>**Defendant(s):**<br>**TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100.** | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs<br>Richard B. Rose, Esq., # 8783<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316 | Case No.: 10CV2346<br><br>Ctrm: |

**EXHIBIT A TO COMPLAINT, NO.'S 31-38**

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit Exhibit A: Copies of

Fax Transmission No.'s 31-38.

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office
of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

# Telemedicine & Pharmacy Solutions
# - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

· We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http://www.telemedicinerx.com/unsubscribe.php

031

TC

# Telemedicine & Pharmacy Solutions
# - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (868)-420-0691

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

## Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HiPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit WWW.TELEMEDICINERX.ORG
Orders are SECURE. Shipping is RELIABLE.

## CALL US AT (888)-120-0691

Allow our doctors and staff 10-15 minutes to perform the Intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.org/unsubscribe.php

032

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

**CALL US AT (866)-490-5531**

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

033

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

**Health Advantage This 2009: The Reliable Consultation You Deserve**

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In-a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE. Shipping is RELIABLE.

**CALL US AT (866)-490-5531**

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

034

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (888)-420-0691

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.ORG
Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (888)-420-0691

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx org/unsubscribe.php

035

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

036

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS.
TOLL FREE: (866)-490-5531

Customer Service Hours of Operation: 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution:

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security.
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs. No need to drive or travel just to get your medicines or seek a medical opinion.
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services:

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more Information, visit: WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

### All Prices Include Shipping, Tele-Consultation and Prescription Fees.

Orders are SECURE. Shipping is RELIABLE.

---

### CALL US AT (866)-490-5531

**Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.**

To unsubscribe, please go to http:// www.telemedicinerx.com/unsubscribe.php

# Telemedicine & Pharmacy Solutions
## - Service Announcement-

THIS SERVICE MAY BE REIMBURSABLE THROUGH YOUR INSURANCE COMPANY.
PLEASE CALL FOR DETAILS
TOLL FREE (866)-490-5531

Customer Service Hours of Operation. 9am - 9pm, Monday to Friday

---

### Health Advantage This 2009: The Reliable Consultation You Deserve

Looking For Ways To Get Value For Your Money On Medicines?

We Have What You Need In a Telemedicine & Pharmacy Solution

- Enjoy low prices on medicines, lower overhead costs, and lower price mark-ups compared to local drugstores.
- Manage your time by consulting with a doctor from the comfort of your own home.
- Take the opportunity to ask licensed doctors questions about your health without embarrassment through the privacy of your own PHONE.
- Our system is 100% HIPPA compliant and all your personal and medical information is ENCRYPTED for your security
- Medical information on high quality, FDA-approved medications on budget-friendly prices.
- Access a wide range of generics that can keep you healthy without breaking your budget.
- Save on gas costs  No need to drive or travel just to get your medicines or seek a medical opinion
- Gain from our availability, 24/7, through the internet.

You are assured of professional products and services

- Safe and effective medications
- Efficient customer care
- Cutting-edge security and communication technologies

For more information, visit. WWW.TELEMEDICINERX.COM

Choose from our wide variety of more than 200 affordable prescription medications.

Best-selling products include SOMA, ULTRAM, FIORECET, LEVITRA, CIALIS, VIAGRA and BUSPAR, among others.

**All Prices Include Shipping, Tele-Consultation and Prescription Fees.**

Orders are SECURE  Shipping is RELIABLE

---

### CALL US AT (866)-490-5531

Allow our doctors and staff 10-15 minutes to perform the intake and Tele-Consultation processes after placing your order.

To unsubscribe, please go to http.// www.telemedicinerx.com/unsubscribe.php

038

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| **Plaintiff(s):**<br>**A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE**<br>**HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE**<br>**HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED**<br>**COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING;**<br>**CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO**<br>**PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING,**<br>**INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.;**<br>**DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC**<br>**CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON**<br>**DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE**<br>**COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST**<br>**GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE**<br>**INCORPORATED d/b/a PAKMAIL; INNOVATIVE**<br>**WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER**<br>**INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a**<br>**MATTRESS WORLD; A BETTER WAY REALTY, LLC;**<br>**MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a**<br>**NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY**<br>**CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS,**<br>**INC.; STACK OPTICAL SERVICE, INC.; THATCHER**<br>**CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE**<br>**PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a**<br>**STAMPING TO SEE YOU**<br>**v.**<br>**Defendant(s):**<br>**TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a**<br>**New York corporation; NATIONAL TELEMEDICINE CENTER INC., a**<br>**California corporation; APOLLO M. ARCALLANA, Individually;**<br>**JACK E. PICKERING, Individually; DAVID B. WINKLES,**<br>**Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES #**<br>**1-100.** | |
| | **▲ COURT USE ONLY ▲** |
| Attorneys for Plaintiffs<br>Richard B. Rose, Esq., # 8783<br>SAWAYA, ROSE & KAPLAN, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone: (303) 839-1232<br>Fax: (303) 839-5316 | Case No.: 10CV2346<br><br>Ctrm: |

EXHIBIT B TO COMPLAINT

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit <u>Exhibit B: Table 1 -</u>

<u>Summary of Statutory Violations.</u>

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office*
*of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

Exhibit B: Table 1: Summary of Statutory Violations - TRIRX LTD., et al.

| Fax # | Date & Time Sent | Identification of Sender | Tel. # of Sending Fax Machine | Cost-Free # to Request Removal | Recipient | Transmission Violations | Header Violations | Notice Requirement Violations |
|---|---|---|---|---|---|---|---|---|
| 001 | 01/29/09; 12:10 | YES | NO | YES | A AAA CUSTOM PLUMBING CORPORATION | 2 | 1 | 2 |
| 002 | 01/31/09; 11:41 | YES | NO | YES | ABSOLUTE HEALTH CENTER, INC. | 2 | 1 | 2 |
| 003 | 01/31/09; 11:36 | YES | NO | YES | ALAN BAU INVESTMENTS | 2 | 1 | 2 |
| 004 | 01/28/09; 11:30 | YES | NO | YES | A & L ABATEMENT, LLC | 2 | 1 | 2 |
| 005 | 01/28/09; 11:14 | YES | NO | YES | ADVANTAGE HEATING & COOLING, INC. | 2 | 1 | 2 |
| 006 | 01/28/09; 11:45 | YES | NO | YES | BONDED COURIER | 2 | 1 | 2 |
| 007 | 01/28/09; 11:34 | YES | NO | YES | COPY CAT PRINTING | 2 | 1 | 2 |
| 008 | 01/28/09; 11:45 | YES | NO | YES | CHIROCARE, P.C. | 2 | 1 | 2 |
| 009 | 01/28/09; 11:37 | YES | NO | YES | COLORADO PLUMBING AND HEATING COMPANY | 2 | 1 | 2 |
| 010 | 01/29/09; 12:13 | YES | NO | YES | COMPLETE PACKAGING, INC. | 2 | 1 | 2 |

A - 1

Exhibit B: Table 1: Summary of Statutory Violations - TRIRX LTD., et al.

| Fax # | Date & Time Sent | Identification of Sender | Tel. # of Sending Fax Machine | Cost-Free # to Request Removal | Recipient | Transmission Violations | Header Violations | Notice Requirement Violations |
|---|---|---|---|---|---|---|---|---|
| 011 | NOT LEGIBLE | YES | NO | YES | COLORADO'S RIDE THE WEST R.V. RENTALS; INC. | 2 | 1 | 2 |
| 012 | 01/29/09; 12:09 | YES | NO | YES | DYNAMIC AUTO GLASS, INC. | 2 | 1 | 2 |
| 013 | NOT LEGIBLE | YES | NO | YES | DRY CREEK CHIROPRACTIC CENTER, P.C. | 2 | 1 | 2 |
| 014 | 01/28/09; 11:45 | YES | NO | YES | DENVER MILL AND LATHE, INC. | 2 | 1 | 2 |
| 015 | 01/28/09; 11:55 | YES | NO | YES | FALCON DISTRIBUTING, INC. | 2 | 1 | 2 |
| 016 | 01/29/09; 12:06 | YES | NO | YES | FLUORESCENT MAINTENANCE COMPANY | 2 | 1 | 2 |
| 017 | NOT LEGIBLE | YES | NO | YES | FOILS & DIES, INC. | 2 | 1 | 2 |
| 018 | 01/28/09; 11:39 | YES | NO | YES | GUIRY'S, INC. | 2 | 1 | 2 |
| 019 | 01/29/09; 12:00 | YES | NO | YES | GUIRY'S, INC. | 2 | 1 | 2 |
| 020 | 01/29/09; 12:10 | YES | NO | YES | GUIRY'S, INC. | 2 | 1 | 2 |

Exhibit B: Table 1: Summary of Statutory Violations - TRIRX LTD., et al.

| Fax # | Date & Time Sent | Identification of Sender | Tel. # of Sending Fax Machine | Cost-Free # to Request Removal | Recipient | Transmission Violations | Header Violations | Notice Requirement Violations |
|---|---|---|---|---|---|---|---|---|
| 021 | NOT LEGIBLE | YES | NO | YES | GO WEST GENUINE, LLC | 2 | 1 | 2 |
| 022 | 01/28/09; 11:15 | YES | NO | YES | THE HIEBERT COMPANY | 2 | 1 | 2 |
| 023 | 01/28/09; 11:45 | YES | NO | YES | HAWTREE INCORPORATED D/B/A PAKMAIL | 2 | 1 | 2 |
| 024 | NOT LEGIBLE | YES | NO | YES | INNOVATIVE WOODWORKING, INC. | 2 | 1 | 2 |
| 025 | 01/28/09; 11:47 | YES | NO | YES | LAQ VENTURES, INC. | 2 | 1 | 2 |
| 026 | 01/29/09; 12:11 | YES | NO | YES | LOU J. ZIER INSURANCE AGENCY, INC. | 2 | 1 | 2 |
| 027 | 01/31/09; 11:30 | YES | NO | YES | B & W ENTERPRISES, LLC D/B/A MATTRESS WORLD | 2 | 1 | 2 |
| 028 | 01/28/09; 11:49 | YES | NO | YES | A BETTER WAY REALTY, LLC | 2 | 1 | 2 |
| 029 | 01/28/09; 11:46 | YES | NO | YES | MILESTONE TECHNOLOGIES, INC. | 2 | 1 | 2 |
| 030 | 01/28/09; 11:16 | YES | NO | YES | NIGHT MOVES OF DENVER | 2 | 1 | 2 |

A - 3

Exhibit B: Table 1: Summary of Statutory Violations - TRIRX LTD., et al.

| Fax # | Date & Time Sent | Identification of Sender | Tel. # of Sending Fax Machine | Cost-Free # to Request Removal | Recipient | Transmission Violations | Header Violations | Notice Requirement Violations |
|-------|------------------|--------------------------|-------------------------------|--------------------------------|-----------|-------------------------|-------------------|-------------------------------|
| 031 | 01/28/09; 11:59 | YES | NO | YES | RICHARD H. KRENING | 2 | 1 | 2 |
| 032 | 01/31/09; 11:33 | YES | NO | YES | SECURITY CHIROPRACTIC CLINIC, P.C. | 2 | 1 | 2 |
| 033 | 01/28/09; 11:48 | YES | NO | YES | SOUTHEAST DENVER GRAPHICS, INC. | 2 | 1 | 2 |
| 034 | 01/28/09; 11:03 | YES | NO | YES | STACK OPTICAL SERVICE, INC. | 2 | 1 | 2 |
| 035 | 01/31/09; 11:41 | YES | NO | YES | THATCHER CHIROPRACTIC, P.C. | 2 | 1 | 2 |
| 036 | 01/28/09; 11:23 | YES | NO | YES | US FAX LAW CENTER, INC. | 2 | 1 | 2 |
| 037 | 01/29/09; 12:07 | YES | NO | YES | THE PERSONAL TOUCH ENGRAVING, INC. | 2 | 1 | 2 |
| 038 | 01/29/09; 12:08 | YES | NO | YES | STAMPING TO SEE YOU | 2 | 1 | 2 |

DISTRICT COURT, JEFFERSON COUNTY,
COLORADO
100 Jefferson County Parkway
Golden, CO 80401

Plaintiff(s):
A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE
HEALTH CENTER, INC.; ALAN BAU INVESTMENTS;
ADVANTAGE HEATING & COOLING, INC.; RICHARD J.
DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY
CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a
COLORADO PLUMBING AND HEATING COMPANY;
COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE
WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.;
DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL
AND LATHE, INC.; FALCON DISTRIBUTING, INC.;
FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES,
INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT
COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL;
INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.;
LOU J. ZIER INSURANCE AGENCY, INC.; B & W
ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER
WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.;
RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER;
RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC,
P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK
OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.;
US FAX LAW CENTER, INC.; THE PERSONAL TOUCH
ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO
SEE YOU
v.
Defendant(s):
TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE
RX, a New York corporation; NATIONAL TELEMEDICINE
CENTER INC., a California corporation; APOLLO M.
ARCALLANA, Individually; JACK E. PICKERING, Individually;
DAVID B. WINKLES, Individually, and d/b/a WINKLES'
PHARMACY; and JOHN DOES # 1-100.

▲ COURT USE ONLY ▲

Attorneys for Plaintiff
Richard B. Rose, Esq., # 8783
SAWAYA, ROSE & KAPLAN, P.C.
1600 Ogden Street
Denver, CO 80218
Phone: (303) 839-1232
Fax: (303) 839-5316

Case No.: 10CV2346

Ctrm:

EXHIBIT C TO COMPLAINT

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, by and through

their attorneys, SAWAYA, ROSE & KAPLAN, P.C., and hereby submit Exhibit C: Table 2 -

Summary of Statutory Violations and Base Claim Amount.

Respectfully submitted this 15th day of May, 2010.

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783

2

**Exhibit C: Table 2: TRIRX LTD., et al.**

**Summary of Statutory Violations and Base Claim Amount (Before Treble Damages)**

| Defendants | # of Faxes | Transmission Violations | Header Violations | Notice Requirement Violations | Base Claim Amount (Before Treble Damages) |
|---|---|---|---|---|---|
| Trirx Ltd., et al. | 38 | 76 | 38 | 76 | $ 95,000.00<br><br>(190 statutory violations @ $ 500.00 per violation) |