IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 10-cv-01420-PAB

A AAA CUSTOM PLUMBING CORPORATION, et al.,

    Plaintiffs,

v.

TRIRX LTD d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAVID B. WINKLES, INDIVIDUALLY AND D/B/A WINKLES' PHARMACY**
_____

    THIS MATTER comes before the Court upon the Stipulation of Dismissal as to Defendant David B. Winkles, individually and d/b/a Winkles' Pharmacy Only [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant David B. Winkles, individually and d/b/a Winkles' Pharmacy, are dismissed without prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that defendant Winkles' motion to dismiss [Docket No. 6] is denied as moot.

    DATED July 13, 2010.

                                  BY THE COURT:

                                  s/ Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge