IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01420-PAB-BNB

A AAA CUSTOM PLUMBING CORPORATION, et al.,

Plaintiffs,

v.

TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDCINE RX, a New York corporation,
NATIONAL TELEMEDICINE CENTER, INC., a California corporation,
APOLLO M. ARCALLANA, individually,
JACK E. PICKERING, individually, and
JOHN DOES #1-100,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Motion to Vacate Scheduling Conference** [docket no. 29, filed September 3, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 14, 2010, is **vacated and reset to November 30, 2010, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **November 23, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: September 7, 2010