IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01420-PAB-BNB

A AAA CUSTOM PLUMBING CORPORATION, et al.,

Plaintiffs,

v.

TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDCINE RX, a New York corporation,
NATIONAL TELEMEDICINE CENTER, INC., a California corporation,
APOLLO M. ARCALLANA, individually,
JACK E. PICKERING, individually, and
JOHN DOES #1-100,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Second Motion to Vacate Scheduling Conference** [docket no. 36, filed November 10, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for November 30, 2010, is **VACATED**, to be reset at a later date.

DATED:  November 10, 2010