IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01420-PAB

A AAA CUSTOM PLUMBING CORPORATION, et al.,

     Plaintiffs,

v.

TRIRX LTD d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, et al.,

     Defendants.

_____

### MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

     This matter is before the Court on plaintiff's motion for leave to file an amended motion for entry of default judgment that will exceed the page limitations [Docket No. 34].  It is

     **ORDERED** that plaintiff's motion [Docket No. 34] is GRANTED.  Plaintiff's amended motion for entry of default judgment [Docket No. 35] is accepted for filing.

     DATED November 17, 2010.