### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01420-PAB

A AAA CUSTOM PLUMBING CORPORATION; ABSOLUTE HEALTH CENTER, INC.; ALAN BAU INVESTMENTS; ADVANTAGE HEATING & COOLING, INC.; RICHARD J. DRUML d/b/a BONDED COURIER; COPY CAT LLC d/b/a COPY CAT PRINTING; CHIROCARE, P.C.; FRANK J. DEXTER d/b/a COLORADO PLUMBING AND HEATING COMPANY; COMPLETE PACKAGING, INC.; COLORADO'S RIDE THE WEST R.V. RENTALS, INC.; DYNAMIC AUTO GLASS, INC.; DRY CREEK CHIROPRACTIC CENTER, P.C.; DENVER MILL AND LATHE, INC.; FALCON DISTRIBUTING, INC.; FLUORESCENT MAINTENANCE COMPANY; FOILS & DIES, INC.; GUIRY'S, INC.;GO WEST GENUINE, LLC; THE HIEBERT COMPANY; HAWTREE INCORPORATED d/b/a PAKMAIL; INNOVATIVE WOODWORKING, INC.; LAQ VENTURES, INC.; LOU J. ZIER INSURANCE AGENCY, INC.; B & W ENTERPRISES, LLC d/b/a MATTRESS WORLD; A BETTER WAY REALTY, LLC; MILESTONE TECHNOLOGIES, INC.; RYAN H. JOHNSTON d/b/a NIGHT MOVES OF DENVER; RICHARD H. KRENING; SECURITY CHIROPRACTIC CLINIC, P.C.; SOUTHEAST DENVER GRAPHICS, INC.; STACK OPTICAL SERVICE, INC.; THATCHER CHIROPRACTIC, P.C.; US FAX LAW CENTER, INC.; THE PERSONAL TOUCH ENGRAVING, INC.; BONNIE WARNER d/b/a STAMPING TO SEE YOU,

    Plaintiffs,

v.

TRIRX LTD. d/b/a TELEMEDICINERX a/k/a TELEMEDICINE RX, a New York corporation; NATIONAL TELEMEDICINE CENTER INC., a California corporation; APOLLO M. ARCALLANA, Individually; JACK E. PICKERING, Individually; DAVID B. WINKLES, Individually, and d/b/a WINKLES' PHARMACY; and JOHN DOES # 1-100,

    Defendants.
_____

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NATIONAL TELEMEDICINE CENTER INC., APOLLO M. ARCALLANA, AND JACK E. PICKERING
_____

COME NOW, the Plaintiffs, A AAA Custom Plumbing Corporation, et al., by and through their attorneys, SAWAYA, ROSE & KAPLAN, P.C., pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), and hereby dismiss this matter, without prejudice, as to Defendants National Telemedicine Center Inc., Apollo M. Arcallana, and Jack E. Pickering, prior to the filing of an answer or a motion for summary judgment by the Defendants, with each party to pay its own attorney fees and costs.

DATED this 16th day of March, 2011.

Respectfully submitted,

SAWAYA, ROSE & KAPLAN, P.C.

*Signed Original on File at Office of Plaintiffs' Attorney*

/s/Richard B. Rose
Richard B. Rose, Esq., # 8783
SAWAYA, ROSE & KAPLAN, P.C.
1600 Ogden Street
Denver, CO 80218
Phone: (303) 839-1232
E-mail: Rrose@sawayalaw.com

*Attorneys for Plaintiffs*